UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN L. PRIDGEN,<br><br>    Plaintiff,<br><br>v.<br><br>CLARK COUNTY DETENTION CENTER, *et al.*,<br><br>    Defendants. | Case No. 2:08-CV-01522-KJD-GWF<br><br>**ORDER** |

    Presently before the Court are Plaintiffs' Motion to Reopen Case (#30) filed October 15, 2013 and Motion to Appeal Dismissal and to Extend Time (#31) on November 7, 2013. Plaintiff's Second Amended Complaint (#20) was dismissed with leave to amend on March 4, 2010. On March 17, 2010, the Court dismissed the action for Plaintiff's failure to update his address in accordance with Local Rule 2-2. Without leave of the Court, Plaintiff filed a Third Amended Complaint on October 4, 2013. Plaintiff then filed the present motions.

    Plaintiff has cited no grounds justifying reopening the action, which had been closed for three years, or reconsidering the Court's prior orders. Furthermore, Plaintiff has cited no grounds justifying an extension of time to file an appeal of the Court's orders. The untimely appeal would be filed over three years past the date it would have been due.

1        Accordingly, the Court denies Plaintiff's motions.

2 **IT IS SO ORDERED.**

3        DATED this 9th day of July 2014.

                                   _____
                                   Kent J. Dawson
                                   United States District Judge